| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Jennifer L. Joost (Bar No. 296164)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Tel: (415) 400-3000<br>Fax: (415) 400-3001<br>jjoost@ktmc.com<br><br>[*Additional Counsel on Signature Page*]<br><br>*Counsel for Plaintiffs DEBORAH DAMES and TIMOTHY MATHEWS, individually and on behalf of all others similarly situated* | SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>DAVID Z. GRINGER (*pro hac vice pending*)<br> David.Gringer@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DEBORAH DAMES and TIMOTHY MATHEWS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC., a Delaware corporation headquartered in California,<br><br>          Defendant. | Case No. 4:20-cv-08817-HSG<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME**<br><br>Hon. Haywood S. Gilliam, Jr. |

WHEREAS, Plaintiffs Deborah Dames and Timothy Mathews ("Plaintiffs") filed the complaint in this action (ECF No. 1) (the "Complaint") on December 11, 2020;

WHEREAS, Defendant Facebook, Inc.'s ("Facebook") response to the Complaint is currently due January 19, 2021;

WHEREAS, six putative class action lawsuits have been filed against Facebook in this District in recent weeks alleging violations of Section 2 of Sherman Act, 15 U.S.C. § 2;[1]

WHEREAS, five of these lawsuits, including this action, are currently the subject of contested motions pending before Judge Freeman to consider whether the cases should be related to *Reveal Chat Holdco, LLC v. Facebook, Inc.*, No. 5:20-cv-00393-BLF;

WHEREAS, two motions are currently pending before Judge Lucy H. Koh, including one motion considering whether *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK, *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW, *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-VC, and *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-HSG should be related, and another considering whether *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK and *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-JSW should be related.

ACCORDINGLY, pursuant to Civil Local Rules 6-1 and 7-12, Facebook and Plaintiffs, by and through their respective counsel, hereby stipulate and agree that good cause exists to extend Facebook's time to answer or otherwise respond to the Complaint until the earlier of: (a) March 5, 2021; or (b) the date on which Facebook files a response to the complaints in *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-JSW; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-VC; or *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW, or any other case that Facebook asserts is related to either *Reveal Chat*, *Dames*, or any of the above matters.

---

[1] In addition to this action, the actions include: *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-JSW; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-VC; and *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW.

|   |   |
|---|---|
| Dated:  January 7, 2021 | Respectfully submitted,<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>By:  */s/ Sonal N. Mehta*<br>      SONAL N. MEHTA<br><br>*Attorney for Defendant*<br>Facebook, Inc. |
| Dated: January 7, 2021 | /s/ Jennifer L. Joost<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Jennifer L. Joost (Bar No. 296164)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Telephone: (415) 400-3000<br>Facsimile: (415) 400-3001<br>jjoost@ktmc.com<br><br>Joseph H. Meltzer*<br>Terence S. Ziegler*<br>Melissa L. Troutner*<br>Lauren McGinley*<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056<br>jmeltzer@ktmc.com<br>tziegler@ktmc.com<br>mtroutner@ktmc.com<br>lmcginley@ktmc.com<br><br>**pro hac vice* forthcoming<br><br>*Counsel for Plaintiffs DEBORAH DAMES and TIMOTHY MATHEWS and the putative Class* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: January 7, 2021                         By: */s/* Sonal N. Mehta

                                               Sonal N. Mehta

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED: Facebook's time to answer or otherwise respond to the Complaint is enlarged up to and including the earlier of: (a) March 5, 2021; or (b) the date on which Facebook files a response to the complaints in *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-JSW; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130-VC; or *Affilious, Inc. v. Facebook, Inc.*, No. 4:20-cv-09217-KAW, or any other case that Facebook asserts is related to either *Reveal Chat*, *Dames*, or any of the above matters.

DATED: 1/8/2021                    By: /s/ Haywood S. Gilliam, Jr.

                                                   Hon. Haywood S. Gilliam, Jr.
                                                   United States District Judge