Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Deborah Dames and Timothy Mathews

Plaintiff(s),

v.

Facebook, Inc.

Defendant(s).

Case No: 4:20-cv-08817-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Melissa L. Troutner, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jennifer L. Joost, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Rd., Radnor, PA 19087 | One Sansome St., Suite 1850<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (610) 667-7706 | (415) 400-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mtroutner@ktmc.com | jjoost@ktmc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 202183.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/11/21

Melissa L. Troutner
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Melissa L. Troutner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/14/2021

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE *October 2012*

PRO HAC VICE APPLICATION & ORDER



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Melissa L. Troutner, Esq.*

DATE OF ADMISSION

*April 27, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 30, 2020

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary