UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DAMES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-08817-HSG<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 30 |

Having carefully considered the parties' arguments concerning Defendant Facebook, Inc.'s motion to stay, *see* Dkt. Nos. 30 ("Mot."), 35 ("Opp."), 36 ("Reply"), the Court exercises its discretion and **GRANTS** Defendant's motion. Accordingly, the case is stayed pending ruling on the remaining motion to relate involving this case. If the motion to relate is denied, the case will be further stayed pending a case management conference and case management order by this Court.

**IT IS SO ORDERED.**

Dated: 2/3/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge